June 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

UNION PACIFIC RAILROAD COMPANY, Appellant

NO. 14-12-00386-CV                  V.

CHARLES SEBER AND BARBARA SEBER, Appellees

_____

       Today the Court heard appellees' motion to dismiss the appeal from the judgment signed by the court below on February 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that all costs incurred by reason of this appeal be paid by UNION PACIFIC RAILROAD COMPANY.

       We further order this decision certified below for observance.

       We further order the mandate be issued immediately.